UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

SUSAN ANNETTE HUDSON                                                    PLAINTIFF

VS.                                                                     CIVIL ACTION NO. 3:08CV-22-A-A

AMERICAN INTERNATIONAL GROUP OF
COMPANIES, INC., d/b/a THE INSURANCE
COMPANY OF THE STATE OF PENNSYLVANIA

AND

MERIT DISTRIBUTION SERVICES, INC.                                       DEFENDANTS
(OR ITS SUCCESSOR), AND/OR SWIFT
TRANSPORTATION CO., INC.
(OR ITS SUCCESSOR)

## ORDER OF DISMISSAL

The Court being advised that this action has been settled, it is hereby

ORDERED that this action is dismissed with prejudice with each party to pay its own costs including attorney's fees.

SO ORDERED, this the 28th day of October, 2008.

_____
HON. SHARION AYCOCK
UNITED STATES DISTRICT JUDGE

APPROVED:

_____          _____
WILLIAM O. RUTLEDGE, MB# 05753           JOHN S. HILL, MB# 2451
ATTORNEY FOR PLAINTIFF                   ATTORNEY FOR DEFENDANTS